__X__ Priority
__X__ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

**ORIGINAL**

FILED
MAR 15 2007
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHILLE TEDESCO,<br><br>                    Plaintiff(s),<br>v.<br><br>POWERWAVE TECHNOLOGIES, INC., et al<br><br>                    Defendant(s). | CASE NUMBER:<br><br>SACV07-158 AG(RNBx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

__3/9/07__                                      __Philip S. Gutierrez__
Date                                                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

_____                                    _____
Date                                                    United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ____SACV07-65 DOC(MLGx)____ and the present case:

☒ A.   Arise from the same or closely related transactions, happenings or events; or
☒ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____Block____ to Magistrate Judge ____Goldman____.

On all documents subsequently filed in this case, please substitute the initials ____PSG(MLGx)____ after the case number in place of the initials of the prior judge, so that the case number will read ____SACV07-158 PSG(MLGx)____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☐ Western   ☐ Southern   ☐ Eastern Division.

Subsequent documents must be filed at the ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

DOCKETED ON CM
MAR 16 2007
040

CV-34 (07/05)              ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)