

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# **M E M O R A N D U M**

Date: _____

To:     Courtroom Deputy Clerk to, _____

From: _____

Re:    **Notice of Statistical Adjustment**
      Case Number: _____
      Case Name: _____

      This is to notify you that the ☐ Opening ☐ Closing ☐ Reopening ☐ Reassignment of the above-entitled case will be reported for the month of _____ instead of _____ for the following reason(s):

☐     Document     ☐ closing ☐ reopening ☐ reassigning the case, filed on _____
      was received on _____, after the reporting cut-off for the filing month.
        ○ Made JS-5 this date.    ○ Made JS-6 this date.    ○ Reassignment made this date.

☐     Document     ☐ closing ☐ reopening ☐ reassigning the case was docketed timely but the
      ☐ JS-6     ☐ JS-5     ☐ Reassignment was not statistically made.
        ○ Made JS-5 this date.    ○ Made JS-6 this date. ○ Reassignment made this date.

☐     Case was ☐ closed in error on _____. Reopening JS-5 made this date.

☐     Case was ☐ reopened in error on _____. Closing JS-6 made this date.

☐     Case was ☐ assigned ☐ reassigned to _____ in error.
      Case is, this date, reassigned from _____ to
      _____.

☐     Other:

*cc:*  *Data Collections & Analysis*
     *Supervisor:*  ☐*DQA*     ☐*Deputy in Charge*